E-filed 2/17/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH WILLIAMS, | ) Case No. **5:16-cv-03465-HRL** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| BLUESTEM BRANDS, INC., dba FINGERHUT. | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this  17th  day of February 2017

_____
The Honorable Howard R. Lloyd